UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| TRAVIS KELLY, | Case No. 2:23-cv-00242-ART-EJY |
| --- | --- |
| Plaintiff, | ORDER |
| v. | |
| LAS VEGAS METRO, *et al.,* | |
| Defendants. | |

On July 1, 2024, the court filed a Notice Regarding Intention to Dismiss Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure (ECF No. 3) explaining to plaintiff Travis Kelly, that if he did not properly serve defendants Las Vegas Metro, Las Vegas Greyhound, Las Vegas Police, Social Service, and Secret Service, by July 31, 2024, the Court would enter an Order of Dismissal under Federal Rule of Civil Procedure 4(m). The deadline to do so has now passed and no proper proof of service as to the above stated Defendants have been filed.

Accordingly, it is hereby ordered that this action is dismissed without prejudice. The Clerk of Court may close this case accordingly.

DATED this November 20, 2024.

_____
Anne R. Traum
United States District Court Judge

1